UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JON ALIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br>AMERICAN HONDA MOTOR CO., Inc.<br>　　　　　　Defendant. | Civ. Action No. 08-4825  (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

This matter having been opened to the Court by a motion to dismiss filed by defendant American Honda Motor Company, Inc. [D.E. 9]; and the Court having reviewed the submissions thereon and having heard oral argument on December 18, 2009; and for the reasons expressed in the opinion filed herewith,

**IT IS** on this 31st day of March, 2010 hereby

**ORDERED** that American Honda Motor Company, Inc.'s motion to dismiss [D.E. 9] is **denied** as to Counts I, III, IV, VI, VII, and VIII of the complaint [D.E. 1]; and **granted** on Counts II and V, which are dismissed.

　　　　　　　　　　　　　　　　　　　　/s/ Katharine S. Hayden

　　　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.