**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JON ALIN, ROBERT LOUGHEAD, and PAUL FELDMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN HONDA MOTOR COMPANY, INC., <br><br> Defendants. | **Civil Action No.: 2:08-cv-04825** <br><br> **NOTICE OF MOTION FOR FINAL APPROVAL OF THE SETTLEMENT** |

TO:   All Counsel

PLEASE TAKE NOTICE that on March 26, 2012 at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, Co-Class Counsel shall move before the Honorable Katherine S. Hayden, U.S.D.J., at the United States District Court, United States Post Office and Courthouse Building, 2 Federal Square, Courtroom 5, Newark, New Jersey for an Order granting final approval of the settlement in the above-entitled action.

PLEASE TAKE FURTHER NOTICE that Co-Class Counsel shall rely upon the annexed brief, Certification of Matthew R. Mendelsohn, Certification of Honorable Alfred E. Wolin, U.S.D.J. (ret.) and Affidavit of Joel K. Botzet in support of this motion.

A form of Order is attached.

                                                  MAZIE SLATER KATZ & FREEMAN, LLC
                                                  Attorneys for Plaintiffs

                                                  David A. Mazie, Esq.
                                                  Matthew R. Mendelsohn, Esq.
                                                  Mazie Slater Katz & Freeman, LLC
                                                  103 Eisenhower Parkway
                                                  Roseland, NJ 07068

Dated: March 3, 2012