UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

JON ALVIN, ROBERT LOUGHEAD, and )
PAUL FELMAN, individually and on )
Behalf of all others similarly situated, )
)
                Plaintiffs, )
)   Civil Action No.: 08-4825 (KSH) (PS)
  -v- )
)
AMERICAN HONDA MOTOR )
COMPANY, INC., )
)
                Defendant. )

## NOTICE OF APPEAL

Notice is hereby given that Robert Sigler and Melodi Sigler, Objectors in the above named case of Jon Alvin, et. al. v. American Honda Motor Company, Inc, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment and order signed on April 13, 2012 and Opinion signed on April 12, 2012 and entered on April 13, 2012. See attached Order and Final Judgment and Opinion.

Dated: May 7, 2012

_____
Robert Sigler

And

_____
Melodi Sigler
441 Santa Monica
Corpus Christi, TX 78411
T: (361) 215-5649
msigler@stx.rr.com