**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JON ALIN, ROBERT LOUGHEAD, and PAUL FELDMAN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>                Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  **Civil Action No.: 2:08-cv-04825**<br>:<br>:<br>:<br>:  **NOTICE OF MOTION TO**<br>:  **COMPEL THE APPELLANT/**<br>:  **OBJECTORS TO POST A BOND**<br>:  **PURSUANT TO <u>FED. R. APP. P.</u> 7**<br>:  **AND TO PERMIT PLAINTIFFS TO TAKE**<br>:  **THE DEPOSITIONS OF OBJECTORS**<br>: |

TO:    All Counsel

        PLEASE TAKE NOTICE that on Monday, June 4, 2012 at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, Co-Class Counsel shall move before the Honorable Katharine S. Hayden, U.S.D.J., at the United States District Court, United States Post Office and Courthouse Building, 50 Walnut Street, Room 311, Newark, New Jersey for an Order compelling the Objector/Appellants Andrew Kaye, Robert Sigler and Melodi Sigler to post an appeal bond pursuant to <u>Fed. R. App. P.</u> 7 in the above-entitled action and compelling objectors to be produced for deposition.

        PLEASE TAKE FURTHER NOTICE that Co-Class Counsel shall rely upon the annexed Brief and Certification of Counsel in support of this motion.

        A form of Order is attached.

                        MAZIE SLATER KATZ & FREEMAN, LLC
                        Attorneys for Plaintiffs


                        _____
                        David A. Mazie, Esq.

Dated: May 14, 2012